Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue, Suite 200
Saddle Brook, NJ 07663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

In Re:

Adolph Cubelo                              Case No.  18-11918 SLM
       Debtor(s).

_____

                          Response to
                          Limited Objection of Trustee
                          To Motion  to Vacate Dismissal

                          Hearing: Sept. 26, 2018

Harvey I Marcus does hereby state:

     1. I am the attorney for Debtor and as such am familiar with the matters and things herein set forth.

     2. Debtor will $2,500.00 by money Order.  A copy of the money order will be provided to the Trustee when mailed.

     3. The limited objection must be rejected.

     I hereby certify that the foregoing statements made by me are true; I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

     Dated: Sept 1, 2018     /s/Harvey I Marcus
                                       Harvey I Marcus