Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  18−11918−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adolph Cubelo
   67 Elm St
   North Arlington, NJ 07031−6519

Social Security No.:
   xxx−xx−9955

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/26/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 26, 2019
JAN: ntp

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-11918-SLM
Adolph Cubelo                                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Nov 26, 2019
                              Form ID: 148             Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db             Adolph Cubelo,    67 Elm St,    North Arlington, NJ 07031-6519
518336049     +LoanCare, LLC.,    P.O. Box 8068,    Virginia Beach VA 23450-8068
518336050     +LoanCare, LLC.,    P.O. Box 8068,    Virginia Beach VA 23450,    LoanCare, LLC.,    P.O. Box 8068,
                Virginia Beach VA 23450-8068
517312003      Lourdes Cubelo,    67 Elm St,    North Arlington, NJ 07031-6519
517323649     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 27 2019 00:24:01      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 27 2019 00:23:59       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517307837     +EDI: BANKAMER.COM Nov 27 2019 04:43:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
517307838     +EDI: CITICORP.COM Nov 27 2019 04:43:00      Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,
                Po Box 790040,    S Louis, MO 63179-0040
517307839     +EDI: CITICORP.COM Nov 27 2019 04:43:00      Citicards Cbna,    Po Box 6241,
                Sioux Falls, SD 57117-6241
517307834     +E-mail/Text: bankruptcy.bnc@ditech.com Nov 27 2019 00:23:35       Ditech,    Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
517410176      E-mail/Text: bankruptcy.bnc@ditech.com Nov 27 2019 00:23:35
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
517445124      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 27 2019 00:30:20
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517307835      EDI: TFSR.COM Nov 27 2019 04:43:00      Toyota Motor Credit Co,    Po Box 8026,
                Cedar Rapids, IA 52408
517307836      EDI: TFSR.COM Nov 27 2019 04:43:00      Toyota Motor Credit Co,    Toyota Financial Services,
                Po Box 8026,    Cedar Rapids, IA 52408
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    LoanCare, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert Davidow    on behalf of Creditor    LoanCare, LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 26, 2019
                              Form ID: 148             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 8